In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-11-00030-CR

                                                ______________________________

 

 

 

                                                   IN
RE:  MICHAEL KENNEDY

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                            Memorandum
Opinion by Justice Moseley

                                                                              

                                                                              








                                                     MEMORANDUM 
OPINION

 

            Michael Kennedy has filed a document
which we deem a petition for writ of mandamus in which he asks this Court to
order the Honorable Mark Calhoon to take action on documents filed in his
court.

            We deny the petition. 

 

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date
Submitted:          January 25, 2011

Date
Decided:             January 26, 2011

 

Do
Not Publish